IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BRITTNEY HALLMAN, on behalf of herself and all other similarly situated;

Plaintiffs,

vs.

FLAGSHIP RESTAURANT GROUP, LLC,

Defendant.

8:24CV222

ORDER

This matter is before the Court on Plaintiffs' Motion for Leave to File Additional Reply Brief. Filing No. 48. *See* D. Neb. Civ. R. 7.1(c)(3) ("No party may file further briefs or evidence without the court's leave."). "Surreplies are generally disfavored, and the determination as to whether to grant or deny leave is entrusted to the sound discretion of the trial court." *Vanicek v. Kratt*, No. 8:21-CV-49, 2023 WL 6390251, at *1 (D. Neb. May 23, 2023). Having reviewed Plaintiffs' proposed surreply brief, the Court concludes the brief narrowly responds to an issue first raised in Defendant's reply brief, Filing No. 47 at 1, and is helpful to the Court's resolution of Defendant's pending motion to dismiss, Filing No. 42. Therefore, Plaintiffs' Motion for Leave to File Additional Reply Brief, Filing No. 48, is granted. Plaintiffs shall file the brief attached to their motion (Filing No. 48-1) within three days of this order.

Dated this 17th day of September, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge