# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-8015

Brittney Hallman, on behalf of herself and all other similarly situated

Respondent

v.

Flagship Restaurant Group, LLC

Petitioner

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:24-cv-00222-JFB)

---

**MANDATE**

In accordance with the judgment of February 5, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 05, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit