# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No. 25-8015
_____

Brittney Hallman, on behalf of herself and all other similarly situated

Respondent

v.

Flagship Restaurant Group, LLC

Petitioner

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:24-cv-00222-JFB)

---

**REVISED JUDGMENT**

Before KELLY, GRASZ and KOBES, Circuit Judges.

The petition for Permission to Appeal pursuant to 28 U.S.C. Section 1292(b) filed by Petitioner Flagship Restaurant Group, LLC is denied.. Mandate shall issue forthwith.

February 05, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
  /s/ Susan E. Bindler